# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NIKKI LEE,**

       Appellant,

v.                                           Case No. 13-CV-00126

**LELAND G. CHRISTENSON, II,**

       Appellee.

## DECISION AND ORDER

On December 3, 2012, pro se appellant Nikki Lee filed a notice of appeal from an order of the United States Bankruptcy Court for the Eastern District of Wisconsin in bankruptcy case number 08-24243. On February 12, 2013, the bankruptcy court denied appellant's motion to proceed in forma pauperis on appeal and ordered him to pay the filing fee of $293.00 required for the present appeal. Appellant has not yet paid the filing fee.

**THEREFORE, IT IS ORDERED** that appellant shall pay the filing fee by **April 22, 2013**. If appellant fails to pay the fee by this date, the case will be dismissed.

Dated at Milwaukee, Wisconsin, this 2nd day of April 2013.

                                                    s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                     District Judge