# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NIKKI LEE,**
      **Appellant,**

    v.                                                                 **Case No. 13-CV-00126**

**LELAND G. CHRISTENSON, II,**
      **Respondent.**

## DECISION AND ORDER

Pro se appellant Nikki Lee filed a notice of appeal from an order of the United States Bankruptcy Court for the Eastern District of Wisconsin in bankruptcy case number 08-24243. Ordinarily, appellant would need to pay a filing fee of $293.00 to pursue this appeal. However, appellant has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Section 1915 is meant to ensure indigent litigants meaningful access to federal courts, Nietzke v. Williams, 490 U.S. 319, 324 (1989), and applies to both nonprisoner litigants and to litigants who are incarcerated, Floyd v. United States Postal Serv., 105 F.3d 274, 275–77 (6th Cir. 1997) ("[T]he only logical interpretation of the statute is that non-prisoners have the option to proceed in forma pauperis under § 1915(a)."). Under § 1915, an indigent party may file an appeal in a federal court without paying required costs and fees upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Appellant has filed the required affidavit of indigence. Upon review of that affidavit, I am satisfied that appellant meets the poverty requirements of 28 U.S.C. § 1915. Therefore, I will grant his

request to proceed in forma pauperis and take the briefs already submitted in support of and opposition to the appeal under advisement.

**THEREFORE, IT IS ORDERED** that appellant's request to proceed in forma pauperis (Docket #8) is **GRANTED**.

Dated at Milwaukee, Wisconsin this 13th day of April 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge

2

Case 2:13-cv-00126-LA   Filed 04/13/13   Page 2 of 2   Document 9